CF HY LLC, Respondent, v Hudson Yards LLC et al., Defendants, and Baruch Singer, Appellant.

Submitted October 5, 2015; decided November 23, 2015

Motion for reargument denied [*see* 26 NY3d 945 (2015)].

In the Matter of Eileen D'Amico, Respondent, v Christopher Corrado, Appellant.

Submitted October 13, 2015; decided November 23, 2015

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 949 (2015)].

Renee Forbes, Appellant, v Paul J. Giacomo, Jr., et al., Respondents.

Submitted September 21, 2015; decided November 23, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from the Supreme Court order denying reargument, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.